IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH C. MCFADDIN,

      Plaintiff,

v.                                         Case No. 5:25-cv-68-AW-MJF

MICHELLE DANIELS,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 9) and incorporate it in full into this order. Plaintiff has filed no objections.

As the magistrate judge explains, Plaintiff did not completely and accurately disclose his litigation history as required. I agree with the magistrate judge that dismissal is appropriate and that a lesser sanction would be insufficient. I also note that there is no indication the dismissal will operate as a decision on the merits; the complaint alleges conduct from 2025, which means the statute of limitations has not run.

The clerk will enter a judgment that says, "This case is dismissed without prejudice as malicious for failure to disclose litigation history." The clerk will then close the file.

SO ORDERED on July 7, 2025.

_s/ Allen Winsor_
Chief United States District Judge